HOLME ROBERTS & OWEN LLP
Jonathan G. Fetterly (State Bar No. 228612)
777 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5826
Main Phone:  (213) 572-4300
Main fax:  (213) 572-4400
www.hro.com

JS-6

Attorneys for Plaintiffs
PRIORITY RECORDS LLC;
MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; and BMG MUSIC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PRIORITY RECORDS LLC, a Delaware limited liability company; MOTOWN RECORD COMPANY, L.P., a California limited partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>            Plaintiffs,<br><br>    vs.<br><br>Leslie A. Lilio,<br><br>            Defendant. | Case No.: CV08-02793 ABC (JWJx)<br><br>Hon. Audrey B. Collins<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

1

[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION

#11008 v1 lax

The Court, having considered the Stipulation to Judgment and Permanent Injunction executed by the parties,

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant shall pay to Plaintiffs in settlement of this action the total sum of $10,780.00.

2. Defendant shall pay Plaintiffs' costs of suit (complaint filing fee and service of process fee) in the amount of $420.00.

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by:

    a. using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs; or

    b. causing, authorizing, permitting, or facilitating any third party to access the Internet or any online media distribution system through the use of an Internet connection and/or computer equipment owned or controlled by Defendant, to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.

Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant and/or any third party that has used the Internet connection and/or computer equipment

1

[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION

#11008 v1 lax

1  owned or controlled by Defendant has downloaded without Plaintiffs' authorization
2  onto any computer hard drive or server owned or controlled by Defendant, and shall
3  destroy all copies of those downloaded recordings transferred onto any physical
4  medium or device in Defendant's possession, custody, or control.

5      4.    Defendant irrevocably and fully waives notice of entry of the Judgment
6  and Permanent Injunction, and understands and agrees that violation of the Judgment
7  and Permanent Injunction will expose Defendant to all penalties provided by law,
8  including for contempt of Court.

9      5.    Defendant irrevocably and fully waives any and all right to appeal this
10 Judgment and Permanent Injunction, to have it vacated or set aside, to seek or obtain a
11 new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity
12 or enforceability.

13     6.    Nothing contained in the Judgment and Permanent Injunction shall limit
14 the right of Plaintiffs to recover damages for any and all infringements by Defendant
15 of any right under federal copyright law or state law occurring after the date
16 Defendant executes the Stipulation to Judgment and Permanent Injunction.

17     7.    The Court shall maintain continuing jurisdiction over this action for the
18 purpose of enforcing this final Judgment and Permanent Injunction.

20 DATED: August 27, 2008

21 _____

22 By: _____
23     Hon. Audrey B. Collins
    United States District Judge

2

[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION

#11008 v1 lax